**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Amador-Soltero

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ARTURO AMADOR-SOLTERO,  )<br>  )<br>   Defendant.  )<br>_____ ) | Case No. 08MJ1335-01<br><br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: May 6, 2008          */s/  Norma Aguilar*
                            **NORMA AGUILAR**
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Mr. Amador-Soltero
                            Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 6, 2008
      /s/ *Norma Aguilar*
      **NORMA AGUILAR**
      Federal Defenders of San Diego, Inc.
      225 Broadway, Suite 900
      San Diego, CA 92101-5030
      (619) 234-8467 (tel)
      (619) 687-2666 (fax)
      Email: Norma_Aguilar@fd.org