UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

2008 MAY 15 P 4: 17

UNITED STATES OF AMERICA,    )
                              )
        Plaintiff             )    CRIMINAL NO. _08CR1574-L_____
                              )
                              )         ORDER
    vs.                       )
                              )    RELEASING MATERIAL WITNESS
Arturo Amador-Soltero,        )
                              )    Booking No.
        Defendant(s) et al.,  )
_____)

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

Jorge Zepeda-Arias

DATED: __5/15/08__

NITA L. STORMES

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____

Deputy Clerk